NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SHIRLEY L. MEUNIER,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

_____

2013-3135

_____

Petition for review of the Merit Systems Protection Board in No. CH0831120581-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Shirley L. Meunier moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

MEUNIER V. OPM                                                                         2

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s21